```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03922-RNO
Cheryl Lynn Warner                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: LyndseyPr            Page 1 of 1         Date Rcvd: Dec 20, 2018
                             Form ID: ntcnfhrg          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db              +Cheryl Lynn Warner,   121 S. 3rd Street,   Mc Sherrystown, PA 17344-1901
5109370         +Amanda L. Rauer, Esquire,   Powers Kirn & Associates, LLC,
                  Eight Neshaminy Interplex, Suite 21,   Feasterville Trevose, PA 19053-6933
5116562         +PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
5109372         +PHEAA,   P O Box 61047,   Harrisburg, PA 17106-1047
5109373         +Toyota Motor Credit Co.,   P O Box 9786,   Cedar Rapids, IA 52409-0004
5130139         +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5109374          US Department of Education,   P O Box 4222,   Iowa City, IA 52244
5131303          Wells Fargo Bank, N.A.,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
5109375          Wells Fargo Home Mortgage,   P O Box 14591,   Des Moines, IA 50306-3591
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5109371         +E-mail/Text: unger@members1st.org Dec 20 2018 19:08:20     Members 1st FCU,   5000 Louise Drive,
                  P O Box 40,   Mechanicsburg, PA 17055-0040
5134474         +E-mail/Text: bncmail@w-legal.com Dec 20 2018 19:08:10     SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin     on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Larry W. Wolf     on behalf of Debtor 1 Cheryl Lynn Warner ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheryl Lynn Warner,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–03922–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 6, 2019<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 20, 2018 |

ntcnfhrg (03/18)